AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Anthony Ranier Hutchinson, | ) | |
| *Petitioner* | ) | |
| v. | ) | Civil Action No.   0:15-cv-03646-GRA |
| Warden B.J. Meek, FCI Williamsburg, | ) | |
| *Respondent* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ _____ recover costs from the petitioner *(name)* _____ .

■ other: the petitioner, Anthony Ranier Hutchinson, shall take nothing of the respondent, Warden B.J. Meek, as to the petition filed and this action is dismissed without prejudice and without requiring respondent to file a return.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable G. Ross Anderson, Jr., Senior United States District Judge, presiding, having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the petition without prejudice.

Date:  December 2, 2015                                          *ROBIN L. BLUME, CLERK OF COURT*

                                                                                        s/G. Mills
                                                                        *Signature of Clerk or Deputy Clerk*